STATE of Maine

v.

Joel K. WETMORE.

Supreme Judicial Court of Maine.

Argued Nov. 20, 1987.
Decided Dec. 8, 1987.

John D. McElwee (orally), Dist. Atty., Aroostook County Courthouse, Caribou, for plaintiff.

Michael E. Carpenter (orally), Wells & Carpenter, Houlton, for defendant.

Before NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Joel K. Wetmore appeals from the judgment of the Superior Court, Aroostook County, entered on a jury verdict finding him guilty of gross sexual misconduct, 17–A M.R.S.A. § 253 (Supp.1986), claiming the court abused its discretion in certain evidentiary rulings and in denying his motion to dismiss this action based on a claimed violation by the State of M.R. Crim.P. 16(b). Our review of the record discloses that: (1) based on the offer of proof to the court as to the testimony of Wetmore's expert witness, the court properly excluded that testimony (*see* M.R.Evid. 404(a)(1) and 405(a); *State v. Arnold,* 421 A.2d 932, 937–38 (Me.1980)); (2) the court did not abuse its discretion in evaluating the testimony of the alleged victim; (*see* M.R.Evid. 401 and 403; *State v. Franklin,* 478 A.2d 1107, 1110 (Me.1984)); and (3) the court properly concluded that the State had not violated M.R.Crim.P. 16(b).

The entry is:

Judgment affirmed.

All concurring.